**Order entered August 8, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00471-CR**
**No. 05-21-00472-CR**

**JEWELL LEE THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-10610-T and F18-31413-T**

**ORDER**

This appeal is **REINSTATED** as of the date of this Order.


/Erin A. Nowell/
ERIN A. NOWELL
PRESIDING JUSTICE